TOM LARMORE
Nevada Bar No. 7415
CHRISTINE M. EMANUELSON
Nevada Bar No. 010143
**HINES HAMPTON, LLP**
6952 Encore Way
Las Vegas, NV 89119
Tel: (702) 933-7829
Fax: (702) 974-1709
cemanuelson@hineshamptonllp.com

Attorneys for Defendant,
NATIONWIDE MUTUAL INSURANCE COMPANY

LANCE A. MANINGO, ESQ.
Nevada Bar No. 6405
**BELLON & MANINGO, LTD.**
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Tel: (702) 452-6299
Fax: (702) 452-6298
lam@bellonandmaningo.com

Attorneys for Plaintiff, TERRY GEYER

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY GEYER, an individual, | CASE NO.: 2:15-cv-01542-MMD-CWH |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, a corporation; ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation, and ROE CORPORATIONS I through X, inclusively, | |
| Defendants. | |

///
///
///
///

Case 2:15-cv-01542-MMD-CWH   Document 17   Filed 12/22/15   Page 2 of 2

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety, as to all named defendants, with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: _____December 22_____, 2015

By _____
MIRANDA M. DU
United States District Judge

2
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE